The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| TERRY POTTORFF,<br><br>    Plaintiff,<br><br>v.<br><br>P.S.C., INC.<br><br>    Defendant. | Case No. 2:22-cv-00176-RSM<br><br>**Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to Complaint** |

The court has considered Defendant P.S.C., Inc.'s ("PSC") Unopposed Motion to Extend Time to File Response to Complaint, and the supporting Declaration of Timothy J. Fransen. For good cause shown,

IT IS ORDERED:

1. The motion to extend time is GRANTED;

2. The deadline for PSC to file its response to the complaint is extended up to and including March 8, 2022.

DATED this 22nd day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1 -   Order Granting Defendant's Unopposed Motion for Extension of
Time to Respond to Complaint

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I caused true and correct copies of the **[PROPOSED] Order Granting Defendant's Unopposed Motion for Extension of Time to Respond to Complaint** be served on the following individuals at the following address by the method indicated:

- ☐ by mail with postage prepaid, deposited in the US mail;
- ☐ by facsimile transmission, printed confirmation of receipt attached;
- ☐ by overnight delivery,
- ☒ by electronic filing notification

Jason D. Anderson
Tyler Santiago
Anderson Santiago PLLC
787 Maynard Ave. S.
Seattle, WA, 98104
Email: jason@alkc.net
       tyler@alkc.net

Attorneys for Plaintiff Terry Pottorff

DATED:  February 17, 2022

*s/ Timothy J. Fransen*
Timothy J. Fransen

Page 1 -   **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019