The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| TERRY POTTORFF,<br><br>     Plaintiff,<br><br>     v.<br><br>P.S.C., INC.<br><br>     Defendant. | Case No. 2:22-cv-00176-RSM<br><br>**STIPULATED JUDGMENT OF DISMISSAL**<br><br>NOTING DATE: September 27, 2022 |

IT IS HEREBY STIPULATED by and between the parties that all of plaintiff's claims against defendant shall be dismissed with prejudice and without attorney's fees or costs to any of the parties.

DATED: September 27, 2022

| ANDERSON SANTIAGO, PLLC | COSGRAVE VERGEER KESTER LLP |
|---|---|
| *s/ Jason Anderson*<br>Jason Anderson, WSBA # 38014<br>Attorneys for Plaintiff | *s/ Timothy J. Fransen*<br>Timothy J. Fransen, WSBA # 51110<br>Attorneys for Defendant |

Page 1 -**STIPULATED JUDGMENT OF DISMISSAL**; *Case No. 2:22-cv-00176-RSM*

COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
(Telephone: (503) 323-9000
Fax: (503)323-9019

1  Based on the parties' stipulation, it is:

2  ADJUDGED that all of plaintiff's claims against defendant are dismissed with

3  prejudice and without attorney's fees or costs to any of the parties.

4  DATED: September 28, 2022

 

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**; *Case No. 2:22-cv-00176-RSM*

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
(Telephone: (503) 323-9000
Fax: (503)323-9019

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2022, I caused the foregoing **STIPULATED JUDGMENT OF DISMISSAL** to be electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Jason D. Anderson
Anderson Santiago, PLLC
207B Sunset Blvd. N
Renton, WA 98057

Attorneys for Plaintiff

DATED:  September 27, 2022

*s/ Timothy J. Fransen*
Timothy J. Fransen

CERTIFICATE OF SERVICE

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204
(Telephone: (503) 323-9000
Fax: (503)323-9019